IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

CIVIL MISC. NO. 2:06-mc-3348

## ORDER APPOINTING UNITED STATES MAGISTRATE JUDGE

Pursuant to the authority conferred by § 631, Title 28, United States Code, it is ORDERED:

1. That Wallace Capel, Jr. be and he is hereby appointed as full-time United States Magistrate Judge for the Middle District of Alabama, at a salary fixed by the Judicial Conference of the United States, with his official station at Montgomery, Alabama;

2. That the said Wallace Capel, Jr. shall enter upon the performance of his official duties at 2:00 P.M., December 13, 2006, after taking the oath or affirmation prescribed by §§ 453 and 631(g), United States Code;

3. That the said Wallace Capel, Jr. shall hold and discharge the duties of his office for a term of eight years from the date of his appointment subject to the provisions of § 631(e), Title 28, United States Code, unless sooner removed.

The Clerk shall cause copies of this order to be spread upon the records of this Court and shall forward a certified copy of this order to the Director of the Administrative Office of the United States Courts as required by § 631(h), Title 28, United States Code.

Done this 13th of December, 2006.

_____
MARK E. FULLER
Chief United States District Judge

_____
MYRON H. THOMPSON
United States District Judge

_____
W. KEITH WATKINS
United States District Judge